**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTOPHER NEWTON WHITE                                                               PETITIONER
ADC #133408

V.                                   5:09-cv-00177-JMM-JJV

LARRY B. NORRIS, Director                                                               RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. White's Petition (Doc. No. 2) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 15th day of March, 2010.

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE