# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHRISTOPHER NEWTON WHITE                                                    PETITIONER
ADC #133408

V.                              5:09-cv-00177-JMM-JJV

LARRY B. NORRIS, Director                                                   RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 15th day of March, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE